# UNITED STATES DISTRICT COURT
for the
Eastern District of California
Division

**FILED**
JUN 0 5 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| Rene Ortiz<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>ENHANCED RECOVERY COMPANY, LLC<br>Kirk R Moquin<br>Marty Sarim<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No.   No. 2:17-cv-0607 KJM DB PS<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*   ☒ Yes   ☐ No |

## AMENDED COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

  **A.  The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Rene Ortiz |
  | Street Address | 7566 Phoenix Park Dr |
  | City and County | Sacramento, Sacramento |
  | State and Zip Code | California 95823 |
  | Telephone Number | (916) 505-1145 |
  | E-mail Address | rene-ortiz@live.com |

  **B.  The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ENHANCED RECOVERY COMPANY, LLC |
| Job or Title *(if known)* | n/a |
| Street Address | 8014 BAYBERRY RD |
| City and County | JACKSONVILLE, DUVAL |
| State and Zip Code | Florida 32256 |
| Telephone Number | (904) 680-2591 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Kirk Moquin |
| Job or Title *(if known)* | Manager |
| Street Address | 8014 BAYBERRY RD |
| City and County | JACKSONVILLE, DUVAL |
| State and Zip Code | Florida 32256 |
| Telephone Number | (904) 680-2591 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Marty Sarim |
| Job or Title *(if known)* | President |
| Street Address | 8014 BAYBERRY RD |
| City and County | JACKSONVILLE, DUVAL |
| State and Zip Code | Florida 32256 |
| Telephone Number | (904) 680-2591 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692
Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

-SEE NEXT PAGES-LABELED 4a thru 4g of 6.

## Statement of Claim

**Background of Complaint.**

On or about August 1, 2016 Enhanced Recovery Company (ERC) sent me a notice stating I owed a debt/debt/account to them and that I had 30 days to dispute their allegations. Within a few days after August 1, 2016 I replied to ERC declaring that I disputed their allegations; to cease and desist; and that if they caused me harm I would file legal action.

On or about September 18, 2016 ERC again sent me the same notice dated September 15, 2016, stating I owed a debt/debt/account to ERC and I had 30 days to provide a response. The notice had the same wording or statement of their business with me, the only difference was the date- September 15, 2016. Since I had already disputed the debt/account with ERC, I planned on waiting only few days to reply to the notice.

ERC did not provide me 30 days to dispute the debt/account; and on September 23, 2016, ERC reported the same invalid disputed debt/account to the credit bureau (CB) and ruined my credit. Also on September 28, 2016 ERC either re-reported or updated the debt/account to my CR. On or about October 4, 2016 I sent ERC notice to remove the disputed debt/account from my credit report (CR) within 5 days, the same amount of time ERC gave me. ERC not only refused to remove the invalid, inaccurate reporting but ERC updated the debt/account to the CB several times within days. I filed a complaint with the CFPB. ERC continued to report the invalid debt/account. CFPB failed to protect me because ERC blamed the CB for the inaccurate reporting and/or also the updating of the invalid and inaccurate reporting.

On or about September 28, 2016, and also on or about October 2016 I applied for credit and I was denied due to ERC inaccurate reporting.

## Statement of Claim

On or about September 23, 2016, and several times after September 23, 2016 ERC reported the invalid debt/account several times to my CR without a reason or providing me the 30 days required by FDCPA. ERC did not have a right to report nor update that invalid debt/account and caused me: (I) grave financial harm; (II) damaged my reputation, defamed my character, and caused me emotional distress; (III) ruined my credit; and (IV) violated several statutes of the FCRA and FCRA (the Acts).

### Claim against DCI.

I. ERC caused me grave financial harm:
   a. On or about September 28, 2016, and October 2016 I applied for credit with Pentagon Federal Credit Union, Navy Federal Credit Union and other lenders (Lenders) and I was denied due to ERC reporting an invalid debt/account in my CR. ERC caused me financial harm in the amount of $233,000.

II. ERC damaged my reputation and defamed my character and caused me emotional distress:
   a. ERC I damaged my reputation, defamed my character and caused me emotional distress when I was denied credit with the Lenders. The Lenders denied me credit because ERC reported an invalid debt/account damaging my reputation, and relationship with the Lenders causing me embarrassment and emotional distress. I am a combat veteran and ERC aggravated my service connected conditions when the Lenders denied me credit causing me to worry I will never get credit or a mortgage loan for that matter.

## Statement of Claim

III.  ERC ruined my credit:
   a. I never conducted business with defendants, ERC or its owners, Kirk Moquin, or Marty Sarim (ERC), but they reported an alleged debt/debt/account to the credit bureaus (CB) ERC alleges I owe them. When ERC reported that invalid debt/account to the CB ERC ruined my credit. ERC ruined my credit because I was denied by the Lenders.

IV.  ERC violated FDCPA and FCRA (the Acts):
   a. ERC violated infinite statutes of the Acts which the Acts impose a penalty of $1,000 per violation. I have listed at least 65 violations which the penalties amount to $65,000 IAW 15 U.S.C. 1692k and 15 U.S.C. 1681n.

I never conducted business with Enhanced Recovery Company (ERC), or ERC owners, Kirk Moquin or Marty Sarim, but reported an alleged debt/account ERC alleged I owe them to the credit bureaus (CB) and committed the following violations of the FCRA and FDCPA (the Acts).

1.  Enhanced Recovery Company (ERC), a debt collector, did not provide me with 30 days to dispute the debt and reported the debt to the CR on September 18, 2016.

2.  ERC, a debt collector, inaccurately reported an invalid debt/account to my credit history on September 18, 2016.

3.  ERC, a debt collector, failed to report a disputed debt/account to the Credit Bureaus (CB) as a disputed debt/account on September 18, 2016.

4.  ERC, a debt collector, reported a disputed debt/account to the CB as a creditor on September 18, 2016.

5.  ERC, creditor, reported a disputed debt/account to the CB as a debt collector on September 18, 2016.

6.  ERC, a debt collector, misrepresented themselves when they reported an invalid debt/account on September 18, 2016.

7.  ERC, a debt collector, did not provide me with 30 days to dispute the debt and reported the debt to the CR on September 23, 2016.

## Statement of Claim

8. ERC, a debt collector, inaccurately reported an invalid debt/account to my credit history on September 23, 2016.

9. ERC, a debt collector, failed to report a disputed debt/account to the Credit Bureaus as a disputed debt/account on September 23, 2016.

10. ERC, a debt collector, reported a disputed debt/account to the CB as a creditor on September 23, 2016.

11. ERC, creditor, reported a disputed debt/account to the CB as a debt collector on September 23, 2016.

12. ERC, a debt collector, misrepresented themselves when they reported an invalid debt/account on September 23, 2016.

13. ERC, a debt collector, did not provide me with 30 days to dispute the debt and reported the debt to the CR on September 28, 2016.

14. ERC, a debt collector, inaccurately reported an invalid debt/account to my credit history on September 28, 2016.

15. ERC, a debt collector, failed to report a disputed debt/account to the Credit Bureaus as a disputed debt/account on September 28, 2016.

16. ERC, a debt collector, reported a disputed debt/account to the CB as a creditor on September 28, 2016.

17. ERC, creditor, reported a disputed debt/account to the CB as a debt collector on September 28, 2016.

18. ERC, a debt collector, misrepresented themselves when they reported an invalid debt/account on September 28, 2016.

19. ERC, a debt collector, reported an invalid debt/account on September 18, 2016

20. ERC, a creditor, reported an invalid debt/account on September 18, 2016

21. ERC, a debt collector, reported an invalid debt/account on September 18, 2016

22. ERC, a creditor, reported an invalid debt/account on September 18, 2016.

23. ERC, a debt collector, reported an invalid debt/account on September 23, 2016

24. ERC, a creditor, failed to validate an debt/account and reported that invalid debt/account to the CBs on September 18, 2016.

## Statement of Claim

25. ERC, a debt collector, failed to validate an debt/account and reported that invalid debt/account to the CBs on September 18, 2016.

26. ERC, a debt collector, refused to cease and desist (C/D) by reporting a disputed debt to CBs on September18, 2016.

27. ERC, a creditor, refused to cease and desist (C/D) by reporting a disputed debt to CBs on September18, 2016.

28. ERC, a debt collector, reported a disputed debt to CBs as theirs on September 18, 2016.

29. ERC, a debt collector, misrepresented itself on September 18, 2016 when it reported an invalid debt/account to the CB my CR.

30. ERC, a creditor, misrepresented itself on September 18, 2016 when it reported an invalid debt/account to the CB my CR.

31. ERC, creditor, reported an invalid debt/account on September 23, 2016

32. ERC failed to report a debt to CBs as a disputed debt as a Collector on September 18, 2016.

33. ERC refused to cease and desist (C/D) by reporting a disputed debt to CBs on September18, 2016.

34. ERC, a debt collector, harassed me to cause me harm on September 18, 2016.

35. ERC, a debt collector, purchased and misused my Social Security number (SSN) to report an invalid debt to the Credit Bureaus on September 18, 2016.

36. ERC, a creditor, did not provide me with 30 days to dispute the debt and reported the debt to the CR on September 18, 2016.

37. Enhanced Recovery Company (ERC) did not validate an debt/account but reported the invalid debt/account debt to Credit Bureaus (CB) on September 18, 2016 in violation of FCRA.

38. ERC did not validate an debt/account but reported the invalid debt/account debt to CB on September 23, 2016 in violation of FCRA.

39. ERC, a debt collector, failed to reported a debt as a disputed debt to the CB on September 18, 2016.

40. ERC, a creditor, did not provide me with 30 days to dispute the debt and reported the debt to the CR on September 23, 2016

## Statement of Claim

41. ERC, a creditor, did not provide me with 30 days to dispute the debt and reported the debt to the CR on September 28, 2016

42. ERC, a debt collector, reported a disputed debt to CBs as theirs on September 23, 2016.

43. ERC, a debt collector, failed to validate an debt/account and reported that invalid debt/account to the CBs on September 23, 2016.

44. ERC, a debt collector, refused to cease and desist (C/D) by reporting a disputed debt to CBs on September 23, 2016.

45. ERC, a creditor, refused to cease and desist (C/D) by reporting a disputed debt to CBs on September 23, 2016.

46. ERC, a creditor, harassed me to cause me harm on September 18, 2016.

47. ERC, a debt collector, harassed me to cause me harm on September 23, 2016.

48. ERC, a debt collector, refused to cease and desist (C/D) by reporting a disputed debt to CBs on September 23, 2016.

49. ERC, a creditor, refused to cease and desist (C/D) by reporting a disputed debt to CBs on September 23, 2016.

50. ERC, a debt collector, misrepresented itself on September 23, 2016 when it reported an invalid debt/account to the CB my CR.

51. ERC, a creditor, misrepresented itself on September 23, 2016 when it reported an invalid debt/account to the CB my CR.

52. ERC, a debt collector, did not provide me the 5-day re-insertion notice as prescribed by federal statute when they reported an invalid debt/account on September 23, 2016 to my credit file.

53. ERC, a creditor, did not provide me the 5-day re-insertion notice as prescribed by federal statute when they reported an invalid debt/account on September 23, 2016 to my credit file.

54. ERC, a debt collector, did not provide me the 5-day re-insertion notice as prescribed by federal statute when they reported an invalid debt/account on September 28, 2016 to my credit file.

55. ERC, a creditor, did not provide me the 5-day re-insertion notice as prescribed by federal statute when they reported an invalid debt/account on September 28, 2016 to my credit file

## Statement of Claim

56. ERC, a creditor, reported an invalid debt/account on September 18, 2016 when the Statutes of Limitations (SOL) had expired on the debt/account .

57. ERC, a debt collector, reported an invalid debt/account on September 18, 2016 when the Statutes of Limitations had expired on the debt/account .

58. ERC, a creditor, reported an invalid debt/account on September 23, 2016 when the Statutes of Limitations had expired on the debt/account .

59. ERC, a debt collector, reported an invalid debt/account on September 23, 2016 when the Statutes of Limitations had expired on the debt/account .

60. ERC, a creditor, reported an invalid debt/account on September 28, 2016 when the Statutes of Limitations had expired on the debt/account .

61. ERC, a debt collector, reported an invalid debt/account on September 28, 2016 when the Statutes of Limitations had expired on the debt/account .

62. ERC, a debt collector, failed to reported a debt as a disputed debt to the CB on September 23, 2016.

63. ERC, a debt collector, failed to reported a debt as a disputed debt to the CB on September 28, 2016.

64. ERC, a creditor, failed to reported a debt as a disputed debt to the CB on September 23, 2016.

65. ERC, a creditor, failed to reported a debt as a disputed debt to the CB on September 28, 2016

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As a result of ERC failure to comply with the requirements of the FCRA and FDCPA, I have suffered actual damages, including economic loss, denial credit, lost opportunity to receive credit, damage to reputation, invasion, degraded social standing, and economic distress for which I seek damages in an amount to be determined by the jury.

I. ERC caused me grave financial harm, economic loss, and loss opportunity when I was denied credit by the Lenders in the amount of $233,000, the amount of the loss of the opportunity. I seek damages in an amount to be determined by the jury.

II. ERC damaged my reputation, defamed my character and caused me emotional distress when I was denied credit by the Lenders. I seek damages in an amount to be determined by the jury.

III. ERC ruined my credit when it reported an invalid debt/account to my CR. I seek damages in an amount to be determined by the jury.

IV. ERC violated FDCPA and FCRA (the Acts): ERC violated more than 65 violations of the Acts. I seek at least $65,000 for the penalties imposed by 15 U.S.C. 1692k and 15 U.S.C. 1681n or an amount to be determined by the jury.

I also seek punitive damages in an amount determined by the jury, due to ERC gross misconduct and negligence for causing me harm/damage by not doing their due diligence in regards to their business and their practices. ERC should have used more care; removing the inaccurated when I informed not blamed an entity for their wrongful acts.

I certify the statement and claim, above, against Enhanced Recovery Company is true and correct to the best of my knowledge.       Rene Ortiz

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: MAY 4, 2017

Signature of Plaintiff

Printed Name of Plaintiff    Rene Ortiz, Pro Se

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Rene Ortiz vs Enhanced Recovery Company, LLC Case No. 2:17-cv-00607-KJM-DB

## PROOF OF SERVICE

I, Rene Ortiz, certify that on May 24, 2017 I complied with the Courts Order and served the Courts Order and my amended Complaint to: United States Courts, Office of the Clerk, United States District Court, at the following address: 501 I St. Ste 4-200, Sacramento, California 95814-2322. I served United States District Court by United States certified mail, receipt number- 7016 3560 0001 1751 2159. I, also, certify that I served Enhanced Recovery Company a copy of the Courts Order on May 24, 2017. I served Enhanced Recovery Company by United States certified mail receipt number- 7016 3560 0001 1751 2166.

I certify this statement is true and correct to the best of my knowledge

Dated: May 23, 2017

Rene Ortiz, Pro Se