UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ORTIZ,<br><br>      Plaintiff,<br><br>   v.<br><br>ENHANCED RECOVERY COMPANY,<br><br>      Defendant. | No. 2:17-cv-0607 KJM DB PS<br><br>ORDER |

    Plaintiff is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On April 17, 2017, an order issued setting this matter for a Status (Pretrial Scheduling) Conference on June 16, 2017. (ECF No. 4.)

    However, on June 5, 2017, plaintiff filed a proposed amended complaint. (ECF No. 6.) And on June 8, 2017, defendant filed a motion to strike plaintiff's proposed amended complaint. (ECF No. 10.) Defendant's motion to strike is noticed for hearing before the undersigned on July 28, 2017. In this regard, it appears that a Status (Pretrial Scheduling) Conference is premature.

////
////
////
////

Accordingly, IT IS HEREBY ORDERED that the June 16, 2017 Status (Pretrial Scheduling) Conference is vacated.

Dated: June 12, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/ortiz0607.ossc.vac