UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ORTIZ,<br><br>                    Plaintiff,<br><br>      v.<br><br>ENHANCED RECOVERY COMPANY,<br><br>                    Defendant. | No.  2:17-cv-0607 KJM DB PS<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se.  This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On June 8, 2017, defendant filed a motion to strike and noticed that motion for hearing before the undersigned on July 28, 2017.  (ECF No. 10.)  Pursuant to Local Rule 230(c) plaintiff was to file an opposition or statement of non-opposition to defendant's motion "not less than fourteen (14) days preceding the noticed . . . hearing date."  Plaintiff, however, filed an untimely opposition on July 20, 2017.  (ECF No. 15.)

Plaintiff is advised that any individual representing himself or herself without an attorney is nonetheless bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law.  See Local Rule 183(a).  A party's failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules.  Id.  Because plaintiff's failure to file a timely opposition may have denied the defendant an opportunity to file

1

a timely reply the undersigned will continue the hearing of defendant's motion to strike.

Accordingly, IT IS HEREBY ORDERED that:

1. The July 28, 2017 hearing of defendant's motion to strike (ECF No. 10) is continued to Friday, **August 4, 2017,** at **10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned; and

2. Defendant may file a reply to plaintiff's untimely July 20, 2017 opposition (ECF No. 15) on or before July 28, 2017.

Dated:  July 24, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/ortiz0607.cont.hrg