# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ORTIZ,<br><br>    Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY,<br><br>    Defendant. | No. 2:17-cv-0607 KJM DB PS<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On June 8, 2017, defendant filed a motion to strike and noticed that motion for hearing before the undersigned on July 28, 2017. (ECF No. 10.) On July 25, 2017, the undersigned issued an order continuing the hearing of defendant's motion to August 4, 2017. (ECF No. 16.) On July 27, 2017, however, plaintiff filed a request to continue the August 4, 2017 hearing. (ECF No. 19.) Therein, plaintiff explains that he will be out of the country on August 4, 2017. Good cause appearing, plaintiff's request for a continuation will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The August 4, 2017 hearing of defendant's motion to strike (ECF No. 10) is continued to Friday, **September 1, 2017,** at **10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

1

2. Plaintiff may file an opposition or statement of non-opposition to defendant's motion on or before August 18, 2017; and

3. Defendant may file a reply on or before August 25, 2017.

Dated: July 28, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/ortiz0607.cont2.hrg