PLAINTIFF
Rene Ortiz, Pro Se
7566 Phoenix Park Dr.
Sacramento, California 95823
(916) 919-2754



FILED

NOV 1 6 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO

| | |
|---|---|
| Rene Ortiz, Pro Se, ) | Case No.: 2:17-CV-0607 KJN DB PS |
| ) | |
| Plaintiff, ) | **SECOND AMENDED COMPLAINT FOR** |
| ) | **CIVIL PENALTIES AND OTHER** |
| vs. ) | **RELIEF** |
| ) | |
| Enhanced Recovery Company and ) | |
| Kirk Moquin ) | |
| Marty Sarim ) | |
| ) | |
| Virtuoso Sourcing Group and ) | |
| Judith A. LaSpada ) | |
| ) | |
| Experian PLC, and ) | |
| Brian Cassin ) | |
| ) | |
| TransUnion and ) | |
| James Peck ) | |
| ) | |
| Equifax Inc. and ) | |
| Paulino do Rego Barros Jr., ) | |
| Richard Smith ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, Rene Ortiz, alleges:

## **BACKGROUND OF COMPLAINT**

1. On or about September 2015, I purchased from Sprint the mobile cellular services (the

account number 7297272) and a phone ("purchase" or "services"). I cancelled the services within

1

10 days of the purchase. I cancelled the services due to several reasons, i.e. poor reception, and the cellular phone was defective, they kept powering off for no reason. I cancelled services by calling Sprint, when I tried to cancel the Sprint representative kept insisting I keep it for a few more days and to exchange the phone I was using. I informed them I did not want to keep having any issues and it would be better to obtain services from another provider, and that I would return the phone at the same location I made the purchase. Therefore, I cancelled the services by calling Sprint and I returned the phone at the store where I purchased it in Oakland, California. I returned the phone to the same Sprint representative I made the purchase with. The representative again wanted me to wait a few days, exchange the phone to see if I would get better reception and services. I informed the Sprint representative that I had cancelled the services and returned the defective phone. Thus, the debt is invalid, because I cancelled the phone services and returned the phone.

2. A few months later an employee from Virtuoso Sourcing Group ("VSG"), with a male voice who was rude to me, contacted me about the same Sprint account. I informed him that I cancelled the services timely and returned the phone back to the store and with the same Sprint representative where I made the purchase. He kept badgering that VSG needed proof I returned the phone. I informed him he needed to obtain that proof at the store and to speak with the same lady I made the purchase. I believe her name was Kenseisha. I told VSG to stop calling me.

3. On or about February 15, 2016, I sent notification to VSG that I disputed the debt and to cease and desist from any form of communication regarding the account, and that I would recover damages if they caused me financial harm (Exhibit A). Since I had cancelled services and returned the phone timely to Sprint and informed VSG, I considered the matter regarding the account with Sprint concluded, VSG should have ceased and desist from communicating from attempting to collect that invalid debt.

4. VSG paid no heed to my notice (Exhibit A) to cease and desist by taking ownership of the Sprint account by labeling/changing the account to a VSG account, account numbered/labeled 828123461 ("XXXXX3461"). VSG began harassing me by transferring the invalid debt to Enhanced Recovery Company ("ERC") (Exhibit G-see 1st paragraph) for ERC to collect on account XXXXX3461 (Exhibit A and B1, B2), which is an invalid debt. On or about August of 2016 ERC, and its executive officers, Kirk Moquin, and Marty Sarim sent me a notice dated August 2, 2016 (Exhibit B1) in an attempt to collect the same invalid debt. This was a second notice from a second debt collector attempting to collect VSGs' invalid debt, XXXXX3461 (Exhibit A and B1, B2). I replied to ERC's notice disputing the invalid debt timely by informing ERC that: I cancelled the services timely; returned all the equipment to the service provider; and that the debt is invalid; Additionally, I informed ERC to cease and desist; and that if ERC took any action that would cause me harm I would file legal action to seek damages (Exhibit B1).

5. On or about September 18, 2016 I received, for the third time, the same similar notice, except this time the notice was dated September 15, 2016 (Exhibit B2), stating the same-- ERC was attempting to collect the invalid debt and I had 30 days to dispute the same invalid debt, again.

6. On or about September 23, 2016, 5 days later, ERC reported the invalid debt to the credit reporting agency ("CRA") (Exhibit C). ERC not only reported the debt to the CRA knowingly it was invalid (Exhibit B1) and was disputed, but reported the invalid debt with inaccurate information, (Exhibit C). Specifically, ERC reported the debt to the CRA with the incorrect balance date of "Jan 1, 2001", and the status date of Sept 19, 2016 (Exhibit C)

7. On or about September 26, 2016, I sent to ERC a notice (Exhibit D) informing ERC of their reporting error and to remove the inaccurate reporting from the CRA, and that they had 8 days to comply or to show me that debt was validated and verified as true and accurate. On or about September 28, 2016, ERC re-reported or updated the same invalid debt to the CRA;

however, with new information (Exhibit E), which was still inaccurate, and also without once validating nor verifying the debt with me, the CRA. ERC never replied to my notice, of September 26, 2016, and continued to report the invalid debt to the CRA.

8. On or about October 6, 2016, I filed a complaint (Exhibit F) with the Consumer Financial Protection Bureau ("CFPB") and my complaint was not acknowledged because ERC blamed the CRA for re-reporting/updating the debt and continued to report the invalid debt to the CRA. If the dates were "provided by the credit-reporting agency"; as alleged by ERC, the CRA never validated, verified the debt nor provided me due process to dispute an adverse action that was taken against me.

9. I attempted in good faith, on several occasions (Exhibits, A, B1, D, and F), to have ERC retract, or remove the debt from being reported to end the matter. While I disputed the debt, several times, directly with ERC; filed a complaint against ERC for reporting inaccurate information to the CRA to a third party, the CFPB, ERC never replied to my notices, never validated nor verified the debt to me or any other entity, and never provided proof that the debt ERC attempted to collect was accurate, nor on multiple occasions reported accurate information to the CRAs. Instead, ERC blamed, "the credit-reporting agency" (Experian ("EX"), Trans Union ("TU") and Equifax ("EQ")) for its wrongdoing (Exhibit G, see 7th paragraph) by replying to the CFPB that the re-reporting or updating of the invalid debt was provided by the CRA and not ERC, which is difficult to believe.

10. On or about September 28, 2016 Experian PCL and/or its executive officer(s), Brian Cassin ("EX"), reported or updated the same invalid debt that ERC reported, with more inaccuracies (Exhibit D), without providing me due process to dispute the invalid debt, as alleged by ERC, (Exhibit G, see 7th paragraph, Exhibit C and E).

11. On or about September 28, 2016 TransUnion and/or its executive officer(s), James Peck ("TU"), reported or updated the same invalid debt that ERC reported, with more inaccuracies (Exhibit D), without providing me due process to dispute the invalid debt, as alleged by ERC, (Exhibit G, see 7th paragraph and K).

12. On or about September 28, 2016 Equifax Inc. and/or its executive officer(s), Paulino do Rego Barros Jr., Richard Smith ("EQ"), reported or updated the same invalid debt that ERC reported, with more inaccuracies (Exhibit D), without providing me due process to dispute the invalid debt, as alleged by ERC, (Exhibit G, see 7th paragraph and Exhibit J).

13. On or about September 28, 2016, I applied for credit and I was denied due to ERC reporting the invalid debt (Exhibit H).

14. On or about February 15, 2016, I sent Virtuoso Sourcing Group ("VSG") to cease and desist notice in their attempt to collect an invalid debt (Exhibit A). VSG refused or failed to comply by communicating with ERC to collect the invalid debt in violation of FDCPA (15 USC 1692g §805. Communication in connection with debt collection).

15. ERC, VSG are referred here as "Debt Collectors". EX, TU, EQ are referred here as "CRA".

## CLAIM

16. I incorporate by reference each and every allegation contained in paragraphs 1 through 15 of the Second Amended Complaint as though fully set forth herein.

17. Debt Collectors caused me grave financial harm by reporting the invalid debt. But for their wrongdoing, I would receive the credit I applied to.

18. The Fair Credit Reporting Act ("FCRA") is designed to protect the privacy of consumer report information, or credit reports, and to guarantee that information supplied by CRAs is as accurate as possible. Debt collectors have legal obligations under the FCRA's Furnisher Rule, which include, but not limited to, furnishing information that is accurate and complete, and investigating consumer disputes about the accuracy of information you provide. Debt collectors cannot, under any circumstances, report information the consumer has told them is inaccurate if it is, in fact, inaccurate. FCRA Section 623(a)(1)(C).

19. In violation of FCRA, the Debt Collectors did not furnish information that is accurate and complete, and investigate the dispute I filed about the accuracy of information the Debt Collectors provided. Debt collectors reported the information I have told them is inaccurate.

20. Under the Federal Debt Collection Practices Act ("FDCPA"), I have a right to notice of the debt, to contest the debt and to verify the debt. Section 1692e(8) prohibits a collector from communicating or threatening to communicate false credit information to any person, but only where the collector should know that the credit information is false. See 15 U.S.C. § 1692e(8) ("Communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed."). This means that if the collector knows that the debt is subject to a "dispute" it may not transmit "false" credit information about the debt to consumer reporting agencies. Also, a consumer can demand that a creditor reporting information to the credit bureaus prove the account is customer's responsibility and that the balances are accurate. In addition, a collection agency must also prove they have a legal right to collect the debt.

21. In violation of FDCPA, the Debt collectors reported and re-reported my creditor information to CRA without proving the account was my responsibility and that the balances are accurate. In addition, the Debt collectors have not proved that they have a legal right to collect the debt.

22. In violation of FDCPA and FCRA, the Debt Collectors reported the invalid debt to CRAs without verifying the debt and notwithstanding a fact that I disputed the debt.

23. The Debt Collectors (1) never validated, verified the invalid debt, nor (2) provided me due process to dispute an adverse action that was taken against me; prior to reporting the invalid debt. Also, CRAs violates my right to due process of an adverse action that was taken against me.

24. As a result of the Debt Collectors' violations, I was denied credit and my credit has been ruined. Also, Debt Collectors damaged my reputation and defamed my character and caused me emotional distress when I was denied credit. I am a combat veteran and Debt Collectors aggravated my service connected conditions when the creditors denied me credit causing me to worry I will never get credit.

25. If the dates were "provided by the credit-reporting agency", as alleged by ERC; the CRAs- EX, TU and EQ, (1) never validated, verified the invalid debt; nor (2) provided me due process to dispute an adverse action that was taken against me, prior to reporting or updating the invalid debt to their own data bases. The CRAs violates a persons' right to due process of an adverse action that was taken against that person.

## <u>RELIEF</u>

WHEREFORE, plaintiff prays for:

1.     Damages in the amount of $189,136.90 for financial harm, economic loss, loss opportunity, damaged to reputation, defaming my character, causing me emotional distress, ruining my credit; and all of the violations defendants committed.

2.     Punitive damages, in the amount of $1,861,369.00 against VSG and ERC due to their reckless, malicious, fraudulent, and outrageous actions against me. The amount is justified and should be granted due to ERCs and VSGs deliberate refusal and violation of my right to due process.

3.     Costs of suit; and

4.     For any such other and further relief that as the Court may deem proper.


Date:  November 16, 2017

By: _____

Rene Ortiz, Pro Se

PLAINTIFF

## EVIDENCE

1. Ortiz Cease and Desist notice to VSG dated February 15, 2016 (scanned copy) Exhibit A

2. ERC Notice dated August 2, 2016 (scanned copy)                    Exhibit B1

3. ERC Notice dated September 15, 2016 (scanned copy)                Exhibit B2

4. ERC September 23, 2016 Reporting (scanned copy)                    Exhibit C

5. Ortiz notice to ERC dated September 26, 2016 (scanned copy)        Exhibit D

6. ERC September 28, 2016 Re-reporting (scanned copy)                 Exhibit E

7. Ortiz Submission of CFPB complaint against ERC                    Exhibit F

8. ERC reply to CFPB complaint (scanned copy)                        Exhibit G

9. Comenity Bank (scanned copy)                                      Exhibit H

10. Invalid Debt reporting on Equifax (scanned copy)                 Exhibit J

11. Invalid Debt reporting on TransUnion (scanned copy)              Exhibit K

# EXHIBIT
# A

Rene Ortiz
7566 Phoenix Park Dr.
Sacramento Ca 95823

February 15,2016

To: Virtuoso Sourcing Group
P.O. Box 1022
Wixom, MI 48393-1022

RE: ClientRef#828123461 Acct#7297272

Dear Sir,

# -CEASE AND DESIST-

If you cause me financial harm by any form of communication regarding this account I will recover damages up to the limited amount set by California law-$10,000.

Sincerely,

Rene Ortiz

# EXHIBIT
# B1



August 02, 2016

| | |
|---|---|
| **Creditor:** | Sprint |
| **Original Creditor:** | Sprint |
| **Account Number:** | XXXXX3461 |
| **Amount of Debt:** | $1,553.06 |
| **Reference Number:** | 158110022 |

## COLLECTION NOTICE

RENE ORTIZ

Our records indicate that your balance with Sprint remains unpaid; therefore your account has been placed with ERC for collection efforts.

Upon receipt and clearance of $1,553.06, your account will be closed and collection efforts will cease.

This letter serves as notification that your delinquent account may be reported to the national credit bureaus.

Unless you dispute the validity of the debt, or any portion thereof, within thirty (30) days after your receipt of this notice, the debt will be assumed to be valid by us.

*Services were canceled timely; All equipment return to service provider.*
*Therefore, the validity of this debt is invalid.*
*CEASE AND DESIST   Any action ERC takes*
*that causes me, harm.*
*I will file legal action.*
*Copy made for legal action.*



View statements, pay your balance, and manage your account online at www.payerc.com.

Telephone. (800) 459-0815 Toll Free. All calls are recorded and may be monitored for training purposes

Send correspondence to: ERC, P.O. Box 57610, Jacksonville, FL 32241

Office Hours (Eastern Time): Mon–Thurs: 8:00 am–11:00 pm, Fri: 8:00 am–10:00 pm, Sat: 8:00 am–8:00 pm

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**
**NOTICE - SEE REVERSE SIDE FOR IMPORTANT NOTICES AND CONSUMER RIGHTS**

Please do not send correspondence to this address.

P.O. BOX 1259, Dept 98696
Oaks, PA 19456

August 02, 2016



IF PAYING BY CREDIT OR DEBIT CARD, FILL OUT BELOW
OR IF PAYING BY CHECK OR MONEY ORDER PLEASE REMIT TO ADDRESS BELOW

| | | BILLING ZIP |
|---|---|---|
| VISA | | |

CARD NUMBER

SIGNATURE | | EXP. DATE

| REFERENCE NUMBER | AMOUNT OF DEBT | AMOUNT PAID |
|---|---|---|
| 158110022 | $1,553.06 | $ |

98690 - 19150

RENE ORTIZ
7566 PHOENIX PARK DR
SACRAMENTO CA 95823-3621

ERC
P.O. Box 23870
Jacksonville, FL 32241-3870



DOC 'D'

13

# EXHIBIT

# B2



September 15, 2016

**Creditor:** Sprint
**Original Creditor:** Sprint
**Account Number:** XXXXX3461
**Amount of Debt:** $1,553.06
**Reference Number:** 158110022

## YOU HAVE OPTIONS

RENE ORTIZ

Our records indicate that your balance with Sprint remains unpaid; therefore your account has been placed with ERC for collection efforts. We are willing to reduce your outstanding balance by offering discounted options.

Option 1: Pay the settlement of $1,087.14, please remit by October 20, 2016.
Option 2: Pay the settlement of $1,164.80, payable in 2 monthly payments of $582.40.
Option 3: Pay the settlement of $1,242.45, payable in 3 monthly payments of $414.15.

We are not obligated to renew this offer.

This letter serves as notification that your delinquent account may be reported to the national credit bureaus.

Payment of the offered settlement amount will stop collection activity on this matter. We will inform Sprint once the payment(s) is/are posted. Payment of the settlement amount will not restore your service with Sprint. If you wish to re-establish service with Sprint at a future date, Sprint may require partial or full payment of your remaining balance at that time, according to Sprint's credit policy.

Unless you dispute the validity of the debt, or any portion thereof, within thirty (30) days after your receipt of this notice, the debt will be assumed to be valid by us.

 View statements, pay your balance, and manage your account online at www.payerc.com.

 Telephone: (800) 459-0815 Toll Free  All calls are recorded and may be monitored for training purposes

 Send correspondence to: ERC, P.O. Box 57610, Jacksonville, FL 32241

 Office Hours (Eastern Time): Mon–Thurs: 8:00 am–11:00 pm, Fri: 8:00 am–10:00 pm, Sat: 8:00 am–8:00 pm

 **This is an attempt to collect a debt. Any information obtained will be used for that purpose.**
**NOTICE - SEE REVERSE SIDE FOR IMPORTANT NOTICES AND CONSUMER RIGHTS** 

Please do not send correspondence to this address.

P.O. BOX 1259, Dept 98696
Oaks, PA 19456



September 15, 2016

| | IF PAYING BY CREDIT OR DEBIT CARD, FILL OUT BELOW | |
|---|---|---|
| OR IF PAYING BY CHECK OR MONEY ORDER PLEASE REMIT TO ADDRESS BELOW. | | BILLING ZIP |
| ☐ VISA ☐ MC | | |
| CARD NUMBER | | |
| SIGNATURE | | EXP DATE |

| REFERENCE NUMBER | AMOUNT OF DEBT | AMOUNT PAID |
|---|---|---|
| 158110022 | $1,553.06 | $ |

 98690 18032

RENE ORTIZ
7566 PHOENIX PARK DR
SACRAMENTO CA 95823-3621

ERC
P.O. Box 23870
Jacksonville, FL 32241-3870

DOC 'A'


15

# EXHIBIT
# C

Type                                                                    Date

☐ Collections - ENHANCED RECOVERY CO L                                  Sep 23 2016

ENHANCED RECOVERY CO L has flagged your account as Collections

Alert Type:  Potentially Negative

Found On:  Sep 23 2016

Potentially Negative Alerts notify you when one of your accounts has reported information that may negatively impact your credit score

**Additional Info**

Please review the details of the alert for information that may indicate identity theft. If you feel you are a victim of identity theft follow the steps below to ensure your personal information is secure

| Alert Date | Sep 24 2016 | Payment Status | Collections | Balance Date | Jan 1 2001 |
| Source | EXPERIAN | Status Date | Sep 19 2016 | Address | 8014 BAYBERRY RD JACKSONVILLE FL |
| Company | ENHANCED RECOVERY CO L | Balance | $1 553 00 | | 32256-7412 |

If you feel you are a victim of identity theft, please contact a MyIDCare Specialist at 800-752-3004

---

Type                                                                    Date

☐ Collections - ENHANCED RECOVERY CO L                                  Sep 23, 2016

ENHANCED RECOVERY CO L has flagged your account as Collections.

Alert Type:  Potentially Negative

Found On:  Sep 23 2016

Potentially Negative Alerts notify you when one of your accounts has reported information that may negatively impact your credit score

**Additional Info**

Please review the details of the alert for information that may indicate identity theft. If you feel you are a victim of identity theft, follow the steps below to ensure your personal information is secure

| Alert Date | Sep 24 2016 | Payment Status | Collections | Balance Date | Jan 1 2001 |
| Source | EXPERIAN | Status Date | Sep 19 2016 | Address | 8014 BAYBERRY RD JACKSONVILLE FL |
| Company | ENHANCED RECOVERY CO L | Balance | $1 553 00 | | 32256-7412 |

If you feel you are a victim of identity theft, please contact a MyIDCare Specialist at 800-750-3004

DOC 'B'

17

# EXHIBIT
# D

September 26, 2016
Rene Ortiz
7566 Phoenix Park Dr.
Sacramento, CA 95823

_COPY_

ENHANCE RECOVERY CO L
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Re: Collection Acct #

# ONLY AND FINAL NOTICE.

To Whom It May Concern:

On September 23, 2016 you began reporting a collection account to the Experian credit reporting bureau. This letter is to inform you to remove that account from my credit report immediately, and to cease and desist all collection action.

You have 8 days to remove this account from my credit report, and provide me with documentation you have complied; or I will file legal action to recover damages you have caused me. The 8 days is the amount of time you provided me.

If you fail respond and I file legal action suit against you, prior to our court date, if you should decide to correct your records and remove the negative and false item in question, please contact me at the address below, and I will subsequently drop the lawsuit provided that the information is removed first and I am reimbursed for filing fees.

My contact information is listed at the top of this page.

Rene Ortiz

P.S. Please be aware that dependent upon your response, I may be detailing any potential issues with your
c̶o̶...  ...documentation of any potential small claims action.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ENHANCED REC cal
8014 Bayberry Rd.
JACKSONVILLE, FL
32256-7412

9590 9403 0382 5163 6029 77

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
ERC Correspondence
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
ERC Correspondence

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for

19

# EXHIBIT

# E

**Sep 28, 2016 - Report + FICO® Score**

| Experian® | Equifax® | TransUnion® |
|---|---|---|

## My Experian Credit Report

### Prepared for Rene Ortiz on Sep 28, 2016

Collections 

Collections are accounts that are seriously overdue and may have been turned over to a collection agency. Collection accounts are deleted from your credit history seven years from the original delinquency date of the original account that you failed to pay as agreed. Having a collection account on your Credit Report can have a negative impact to your Credit Score.

**ENHANCED RECOVERY CO L**
**15811XXXX**

| | |
|---|---|
| **Original Creditor** | Sprint |
| **Open Date** | Aug 1, 2016 |
| **Balance** | $1,553 |
| **Collection Debt** | $1,553 |

DOC 'C'

21

# EXHIBIT F

WHAT HAPPENED?

COMPANY INFORMATION

MY INFORMATION

REVIEW AND SUBMIT

Form trouble? Chat now.

# Thank you for submitting!

**Your complaint number with Enhanced Recovery Company:
#161006-002233**

Expect an email shortly confirming your complaint. Please keep your complaint number handy as it will be useful for checking on the status of your submission. You can return to consumerfinance.gov/complaint anytime to log back in and check on the status of your complaint.

# The complaint process

When you submit a complaint to the CFPB, we forward your complaint to the company and work to get a response about your issue.

### 1. Complaint submitted

You submit a complaint about an issue you have with a company about a consumer financial product or service. You will receive email updates and can log in to track the status of your complaint.

### 2. Review and route

We'll forward your complaint and any documents you provide to the company and work to get a response from them. If we find that another government agency would be better able to assist, we will forward your complaint to them and let you know.

### 3. Company response

The company reviews your complaint, communicates with you as needed, and reports back about the steps taken or that will be taken on the issue you identify in your complaint.

### 4. Complaint published

We publish information about your complaint—such as the subject and date of the complaint—on our public Consumer Complaint Database. With your consent we also publish your description of what happened, after taking steps to remove personal information.

### 5.Consumer review

We will let you know when the company responds. You can review that response and give us feedback.

### 6. Analyze and report

Complaints help with our work to supervise companies, enforce federal consumer financial laws, and write better rules and regulations. We also report to Congress about the complaints we receive and post some consumer complaint data.

Privacy Act Statement | OMB #3170-0011

Have questions? Need help with this form?   (855) 411-2372

An official website of the United States government

# EXHIBIT G



October 19, 2016

Re: Rene Ortiz
Case Number: 161006-002233
ERC Reference No: 158110022

Dear Consumer Financial Protection Bureau,

This is in response to the consumer complaint received from Rene Ortiz:

Our client, Sprint, placed a delinquent account in the amount of $1,553.06 with our office for collection on August 1, 2016, with a delinquency date of June 25, 2015. Please note our agency is not a debt purchaser. Our client maintains ownership of the account; therefore, we service the account on their behalf.

Beginning August 2, 2016, ERC attempted to contact Ms. Ortiz on the following telephone numbers: (602) 663-0795, (480) 917-0564, and (916) 822-4152. On August 18, 2016, a third party advised us, the telephone number (480) 917-0564 was incorrect; therefore, this number was removed from our systems. Unfortunately, we have been unsuccessful in reaching her regarding the debt on the other telephone numbers provided.

In addition, on August 2, 2016 and September 15, 2016, ERC sent two letters to Ms. Ortiz notifying her of the placement of the account with our office and offering her a settlement at a reduced rate; therefore, fulfilling the account in our office. The letters also provided directions on how to dispute the validity of the debt or any portion thereof. The letters were sent to the address 7566 Phoenix Park Dr. in Sacramento, CA 95823. We have enclosed these letters for your review.

The Consumer Data Industry Association (CDIA), composed by the credit reporting agencies, establishes standards for the consumer reporting industry. As a data furnisher, ERC is required to follow the standardized Metro 2 reporting format. The FCRA, as amended by the FACT Act, requires furnishers of information to report accurately.

In the above-mentioned Metro 2 format, our agency is required to report the "Open Date" as the date our office received the account from our client, the creditor. This is the date we have provided to the credit reporting agencies. In addition, our agency reports the delinquency date as required by the FCRA. These two dates are the only two dates ERC provided to the three major credit-reporting agencies Experian, Equifax and TransUnion.

ERC has confirmed with the three credit reporting agencies that the only two dates reported were the open date of August 1, 2016 and the delinquency date of June 25, 2015. Any additional dates indicated within Ms. Ortiz's credit alerts are not a result of our credit reporting. These dates are provided by the credit-reporting agency.

According to Sprint's records, on September 22, 2015, Ms. Ortiz disputed the equipment charges with Sprint. Our client advised her, she would need to provide proof the equipment was returned. Unfortunately, the proof was never provided to our client; therefore, the dispute was deemed invalid and collection attempts were continued.



Nonetheless, ERC has updated this account as a disputed item and placed it in an investigatory status to prevent any further collection efforts. In addition, we have obtained verification of the debt and enclosed the documentation for your review.

ERC apologizes for any inconvenience. Our company works diligently to treat all customers with the utmost professionalism and respect.

Sincerely,

ERC

sd
Enclosures

# EXHIBIT
# H



Comenity Bank
PO BOX 182272
COLUMBUS, OH 43218-2272

վր Իրոերերերորին Ս-ոսո ՆորերերորողՈկերи ոսոսի Ոսրրոս

RENE ORTIZ
7566 PHOENIX PARK DR
SACRAMENTO CA 95823-3621

**09/28/2016**
**000200073141579181**

Dear RENE ORTIZ,

Thank you for your recent application for a(n) RediCard+® Visa® credit card account. Comenity Bank issues all RediCard+® Visa® credit card accounts, and we handle any account-related matters.

Because of information in your credit report, we are unable to approve your application at this time.

Here is our reason(s) for declining your request:

  Delinquent past or present credit obligations with others

Below you will find some additional information regarding your credit score. Your score can change over time as your credit information changes, and we hope you will consider reapplying for a(n) RediCard+® Visa® credit card account in the future.

If you have any questions, please contact us at the address above. We will be happy to assist you.

Sincerely,

Customer Care team



# EXHIBIT

# J

ICED RECOVERY CORP

---

# VERY CORP has flagged your account as UNPAID (UNPAID).

iative

---

on your credit report. Please review the details of the alert for information that may indicate identity theft.

eel you are a victim of identity theft, follow the steps below to ensure your personal information is secure.

| | | | |
|---|---|---|---|
| 9/26/2018 | | Status Date | 9/1/2018 |
| EQUIFAX | | Balance | $1,553.00 |
| ENHANCED RECOVERY CORP | | Balance Date | 1/1/0001 |
| UNPAID (UNPAID) | | Address | PO BOX 57547 JACKSOI |



age and call a Restoration team member. As specialists, we'll help you determine if an identity theft event has occurred and guide

take the following actions on your behalf:

for indications of identity theft

urity freeze with the three credit bureaus

on your bank and credit card accounts for unfamiliar transactions

---

# EXHIBIT

# K

## ERY COMPAN reported a new account on your TRANSUNION Credit Report.

on your credit report. Please review the details of the alert for information that may indicate identity theft.

feel you are a victim of identity theft, follow the steps below to ensure your personal information is secure.

| | | |
|---|---|---|
| 10/6/2016 | Balance | $1,553.00 |
| TRANSUNION | Balance Date | 1/1/0001 |
| ENHANCED RECOVERY COMPAN | Address | PO BOX 57547 JACKSC |
| 1/1/0001 | | |

page and call a Restoration team member. As specialists, we'll help you determine if an identity theft event has occurred and gui
ay take the following actions on your behalf:

rt for indications of identity theft

curity freeze with the three credit bureaus

e on your bank and credit card accounts for unfamiliar transactions

## **PROOF OF SERVICE**

I, Rene Ortiz, certify that on November 16, 2017 I served my "Second Amended Complaint for Civil Penalties and Other Relief" to: United States Courts, Office of the Clerk, United States District Court, at the following address: 501 I St. Ste 4-200, Sacramento, California 95814-2322. I served United States District Court in person. I served United States Courts, Office of the Clerk, United States District Court in person.

I certify that I served a copy of my "Second Amended Complaint for Civil Penalties and Other Relief" to Enhanced Recovery Company, and its executive officers, Kirk Moquin and Marty Sarim, (ERC). I served ERC by United States regular mail at the following address: 633 West 5th Street Suite 4000, Los Angeles, California 90071.

I certify this statement is true and correct to the best of my knowledge.

Date: November 16, 2017

By: _____

Rene Ortiz, Pro Se

PLAINTIFF