Rene Ortiz, Pro Se
7566 Phoenix Park Dr.
Sacramento, California 95823
(916) 919-2754



FEB 20 2018



# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rene Ortiz, Pro Se | No. 2:17-cv-0607 KJM DB PS |
| Plaintiff | |
| vs. | |
| Enhanced Recovery Company and Kirk Moquin | STATUS REPORT |
| Marty Sarim | |
| Virtuoso Sourcing Group and Judith A. LaSpada | |
| Experian PLC, and Brian Cassin | |
| TransUnion and James Peck | Status (Pre-Trail Scheduling) Conference: Friday, March 2, 2018 |
| Equifax and Paulino do Rego Barros Jr., Richard Smith | Time: 10:00 a.m. |
| Defendants. | |

Plaintiff, Rene Ortiz certifies:

    a. Progress of service of process;

        i. Plaintiff served his "Second Amended Complaint for Civil Penalties and Other Relief" to Enhanced Recovery Company, Kirk Moquin, and Marty Sarim ("ERC") on November 16, 2017. *

1

    ii. Plaintiff reserves the right to serve other defendants: Virtuoso Sourcing Group and Judith A. LaSpada ("VSG"); Experian PLC, and Brian Cassin ("EX"); Trans Union and James Peck ("TU"); Equifax Inc. Paulino do Rego Barros Jr., and Richard Smith ("EQ"); in the future if necessary.

b. Possible joinder of additional parties;

    i. Plaintiff requests to add, in the future if necessary, the following parties: VSG, EX, TU, and EQ, to Complaint 2:17-CV-0607 KJN DB PS, as the Court was previously informed in the last Status Report in 2017.

c. Possible amendment of the pleadings;

There may be possible amendments of the pleadings.

    i. Plaintiff will file a Default Judgement(s) ("DJ") against defendants, ERC. Plaintiff may amend my SAC to add other parties stated above.

    ii. Plaintiff wishes to address "issues" of the Complaint, and may address the "issues" at the March 2, 2018 Conference hearing.

d. Jurisdiction and venue;

    i. ERC has accepted jurisdiction and venue; therefore, jurisdiction and venue are appropriate and agreed upon by all parties.

e. Anticipated motions and the scheduling thereof;

    i. Plaintiff will file a DJ and requests a hearing to present, orally, his reasons for filing a DJ(s). Plaintiff is unable to articulate his position in written format. Plaintiff will make an attempt to settle the Complaint with ERC before a hearing is scheduled.

    ii. Plaintiff wishes to address "issues" of the Complaint, and may address the "issues" at the March 2, 2018 Conference hearing.

f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    i. Plaintiff does not require discovery nor disclosure of expert witness(es), as there is no basis for this.

    ii. Plaintiff wishes to address "issues" of the Complaint, and may address the "issues" at the March 2, 2018 Conference hearing, before scheduling, or the discovery, or disclosure of expert witnesses.

g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    i. Plaintiff requests a hearing for a DJ at the Courts convenience; or to begin trial by jury at the Courts convenience since all of Plaintiffs requests to settle Complaint with defendants have been futile. Plaintiff motions the Court to address a one concern, which correlates with Plaintiffs' DJ. *

h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i. Plaintiff Complaint has reached simplicity, therefore is no basis for modifications of standard pretrial procedures. Plaintiff motions the Court to address a one concern, which correlates with Plaintiffs' DJ.*

    ii. Plaintiff wishes to address "issues" of the Complaint, and may address the "issues" at the March 2, 2018 Conference hearing.

i. Whether the case is related to any other case, including matters in bankruptcy;

    a. No related cases.

j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

    i. Plaintiff has, on numerous occasions, attempted to settle the Complaint at every opportunity that was presented, all attempts have been refused by the Court and defendants. Settlement is futile as the date of this filing*; Plaintiff is ready and requests to begin trial by jury at the Courts convenience.

  ii. Plaintiff wishes to address "issues" of the Complaint, and may address the "issues" at the March 2, 2018 Conference hearing.

k. Whether the parties intend to consent to proceed before the United States Magistrate Judge; and

  i. Plaintiff declines to consent to proceed before a United States Magistrate Judge, or a Judge and requests trial by jury in the interest justice. However, if a Magistrate Judge has the power and authority to hear Plaintiffs "concern" and Plaintiffs' DJ, and gives Plaintiff the opportunity to present his DJ against defendants, Plaintiff will take the opportunity to forever settle the Complaint; as a Complaint, a cause of action, a disagreement should be settled at the lowest level.

l. Any other matters that may aid in the just and expeditious disposition of this action.

  i. See "j." and "i." above, all attempts to settle the Complaint, as the date of this filing, have been futile. I give notice to the Court that a DJ hearing will aid in the just and expeditious disposition of this action, I beg the Court to give defendants an opportunity to settle Plaintiffs' Complaint; and/or, provide Plaintiff an opportunity to present a DJ, and address Plaintiff "concern".*

If Plaintiffs' Status Report is incoherent or cannot be understood, Plaintiff is requesting hearing to address some "issues", "concerns" pertaining to Plaintiffs' Complaint that Plaintiff must address to the Court before a trial, either by a judge or a jury, commences.
Plaintiff opposes for defendants, ERC, and its counsel to appear to Pre-Trail Scheduling Conference telephonically.

**I certify this statement is true and correct.**

Dated: February 14, 2018

                 _____
                 Rene Ortiz, Pro Se
                 PLAINTIFF

4

## PROOF OF SERVICE

I, Rene Ortiz, certify that on February 15, 2018 I served my "Status Report" to: United States Courts, Office of the Clerk, United States District Court, at the following address: 501 I St. Ste 4-200, Sacramento, California 95814-2322. I served United States District Court in person. I served United States Courts, Office of the Clerk, United States District Court by certified mail receipt numbered 7017 2400 0000 8381 2674.

I certify that I served a copy of my "Status Report" to Enhanced Recovery Company, and its executive officers, Kirk Moquin and Marty Sarim, (ERC). I served ERC by United States regular mail at the following address: 633 West 5th Street Suite 4000, Los Angeles, California 90071.

I certify this statement is true and correct to the best of my knowledge.

Date: February 8, 2018

By: _____

Rene Ortiz, Pro Se
PLAINTIFF

5