UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ORTIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENHANCED RECOVERY COMPANY,<br><br>　　　　　Defendant. | No. 2:17-cv-0607 KJM DB PS<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). This matter is currently set for a Status (Pretrial Scheduling) Conference before the undersigned on March 2, 2018. (ECF No. 33.) However, on February 28, 2018, plaintiff filed a request to continue the March 2, 2018 hearing due to illness. (ECF No. 37.)

Plaintiff's request will be granted. However, plaintiff is cautioned that this matter cannot proceed absent plaintiff's appearance at future hearings, that the undersigned does not intend to grant a further continuation of the Status (Pretrial Scheduling) Conference for this purpose, and that the failure to appear at a hearing may result in an order imposing an appropriate sanction or a recommendation that this matter be dismissed due to a lack of prosecution. See Local Rules 110 and 183.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The March 2, 2018 Status (Pretrial Scheduling) Conference is continued to **Friday, March 23, 2018, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

2. All parties are required to appear at the Status Conference, either by counsel or, if proceeding in propria persona, on his or her own behalf. Any party may appear at the status conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the Status (Pretrial Scheduling) Conference; a party may not appear telephonically over a cellphone.

3. Any party may, but is not required to, file an updated status report on or before **March 16, 2018**.

4. The parties are cautioned that failure to appear at the status conference may result in an order imposing an appropriate sanction. <u>See</u> Local Rules 110 and 183.

DATED: March 1, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/ortiz0607.cont.ossc