UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ORTIZ, | No. 2:17-cv-0607 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| ENHANCED RECOVERY COMPANY, | |
| Defendant. | |

Plaintiff is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On January 29, 2019, defendants filed a motion to modify the scheduling order issued in this action. (ECF No. 57.) That motion is noticed for hearing before the undersigned on March 1, 2019.

Under Local Rule 230, the time for plaintiff to file an opposition to defendants' motion has expired. Defendants' unopposed motion will, therefore, be granted as modified below.[1] Additionally, on January 15, 2019, plaintiff filed a motion to compel and a motion for default judgment. (ECF Nos. 54 & 55.) Plaintiff was advised of the need to notice those motions for hearing pursuant to Local Rule 230 and has failed to do so. (ECF No. 56.) Plaintiffs' January 15, 2019 motions will, therefore, be denied without prejudice.

---

[1] The undersigned finds that defendants' motion may be resolved without a hearing pursuant to Local Rule 230(g).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's January 15, 2019 motion to compel (ECF No. 54) and motion for default judgment (ECF No. 55) are denied without prejudice;

2. Defendants' January 29, 2019 motion to modify the scheduling order (ECF No. 57) is granted;

3. The March 1, 2019 hearing of defendants' motion is vacated;

4. All pretrial motions, except motions to compel discovery, shall be completed by **May 24, 2019**; and

5. The March 22, 2019 Final Pretrial Conference and May 6, 2019 Jury Trial are vacated pending resolution of any dispositive motion.

Dated: February 25, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/ortiz0607.mot.cont.grnt.ord