PLAINTIFF
Rene Ortiz, Pro Se
7566 Phoenix Park Dr.
Sacramento, California 95823
(916) 919-2754

**FILED**

MAR 21 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| Rene Ortiz, Pro Se,<br><br>    Plaintiff,<br><br>vs.<br><br>Enhanced Recovery Company and<br>Kirk Moquin<br>Marty Sarim<br>Virtuoso Sourcing Group and<br>Judith A. LaSpada<br>Experian PLC, and<br>Brian Cassin<br>TransUnion and<br>James Peck<br>Equifax and<br>Paulino do Rego Barros Jr.,<br>Richard Smith<br><br>    Defendants. | Case No.: 2:17-CV-00607 KJM DB<br><br>**MOTION FOR A HEARING TO MOTION THE COURT FOR ENTRY OF A DEFAULT JUDGMENT AGAINST DEFENDANTS WHO HAVE NOT ANSWERED PLAINTIFFS COMPLAINT**<br><br>Before<br>Honorable Judge Kimberly J. Mueller and, Magistrate Judge Deborah Barnes<br>On,<br>Date: April 26, 2019<br>Time: 10:00a.m.<br>Courtroom TBD |

Rene Ortiz ("Plaintiff"), certify under penalty of perjury that the following to be true and correct:

I, Rene Ortiz Pro Se, hereby Motion the Court for Hearing to Move the Court to/for an entry of a Default Judgment against defendants, Kirk Moquin and Marty Sarim ("Defendants"), who have not answered Plaintiffs' Complaint. Furthermore, Plaintiff hereby Motion the Court to compel

ENTRY OF A DEFAULT JUDGMENT AGAINST DEFENDANTS KIRK MOQUIN AND MARTY SARIM - 1

Defendants to appear physically and not by any other method (to include telephonically) on the stated Hearing Date.

Before the Plaintiff Motions the Court for affirmative relief and Motion the Court to Enter a Default Judgment against the Defendants who have defaulted or has failed to plead or otherwise defend themselves against Plaintiff assertions and/or claim, the Plaintiff requires to question the Defendants and their defense attorneys, Larissa Nefulda and Stephen Turner, before the Court and therefore a Hearing is required to clear the matter and/or situation/misunderstanding.

A Hearing is required for the Plaintiff to ask the Defendants **one question** in front of the Court, before the Magistrate Judge the Honorable Deborah Barnes, in front of the Court, the Honorable Judge Kimberly J. Mueller, to ensure the Plaintiff has prove(n) of the that the Defendants have otherwise failed to plead or defend themselves before the Court, Magistrate Judge Deborah Barnes. Once the Defendants have answered Plaintiffs' one question Plaintiff will then Motion the Court for a Default Judgment against the Defendants who have failed to plead or otherwise defend themselves. The Defendants will be allowed 5 minutes to answer the one question, if more time is needed Defendants are to make a request to Plaintiff.

Therefore, Plaintiff hereby Motions the Court for a Hearing on the stated Date to prove(d) to the Court of the Defendants failure to plead or otherwise defend themselves against Plaintiffs' claim.

The Magistrate Judge the Honorable Deborah Barnes and the Defendants must be physically present to ensure their credibility shall not be in question and are present to defend themselves or correct the meaning of their recorded statement(s).

All parties, the Magistrate Judge the Honorable Deborah Barnes, the defendants, Kirk Moquin and Marty Sarim to include the principal defendant Enhanced Recovery Company ("ERC") and their defense counsels Ms. Larissa Nefulda and Mr. Stephen Turner, are to ensure they each, individually, review the entire contents of the case to familiarize themselves with the entire contents, evidence of the case to ensure the Defendants- Kirk Moquin and Marty Sarim, have the capacity and ability to answer Plaintiffs' only (one) question.

The presences of all parties, stated above, is required to ensure the Plaintiff states and proves the record to be correct that the Defendants have failed to plead or otherwise defend themselves.

Plaintiff will also ask the Defendants' defense counsel, Ms. Larissa Nefulda and Mr. Stephen Turner, one (different) question.

The Plaintiff reserves the Right to ask each of prospective Defendants one, same, question and or one question, different question from the Defendants questions, to each of the Defendants defense attorneys or only ask the one question to only the defense counsel, and/or Defendants but it shall be only one question to each of prospective Defendants and Defendants defense attorneys.

Plaintiff Motions the Court to compel the Court for the Honorable Judge Kimberly J. Mueller and Magistrate Judge the Honorable Deborah Barnes to be present/preside during this Hearing. This Motion may be unorthodox however the Plaintiff makes this Motion because the Court is evidence and Plaintiff will use the Court, Magistrate Judge the Honorable Deborah Barnes, as such so the Plaintiff will prove his claim and Motion the Court for a Default Judgment.

A denial of Plaintiffs' Motion shall be a breach of the Federal Rules of Procedures, (FRCP), Rule 1 as Plaintiff pray for this Court to allow Plaintiff to comply with the Courts own Rule(s), "to secure the just, speedy, and inexpensive determination…" of this action which was illegally filed by Defendants' attorney, Stephen Turner, on behalf of ERC, without Plaintiffs' authority, permission, knowledge and/or consent nor in compliance with FRCP Rule 1. Moreover, if Plaintiffs' Motion is not in compliant with any other Rule(s) of the FRCP the Court shall enforce, employ Rule 1, of the FRCP, and the Court shall be governed by Rule 1, of the FRCP; and Rule 1, of the FRCP, shall supersede all other Rule(s) that should have been followed.

Plaintiff motions this Court to grant the Motion for a Hearing and be granted with Prejudice.

I, Rene Ortiz, certifies the above statement is true and correct.

Date: March 18, 2019

By: _____
Rene Ortiz, Pro Se
PLAINTIFF

## PROOF OF SERVICE

I, Rene Ortiz, certify that on March 18, 2019 I served my "Motion For A Hearing To Motion The Court For Entry A Default Judgment Against Defendants Who Have Not Answered Plaintiffs Complaint" to: United States Courts, Office of the Clerk, United States District Court, at the following address: 501 I St. Ste 4-200, Sacramento, California 95814-2322. I served United States Courts, Office of the Clerk, United States District Court by United States regular mail at the following address: 501 I St. Ste 4-200, Sacramento, California 95814-2322.

I certify that I served a copy of my "Motion For A Hearing To Motion The Court For Entry A Default Judgment Against Defendants Who Have Not Answered Plaintiffs Complaint" to the Defendants, Enhanced Recovery Company, Kirk Moquin, Marty Sarim, and their attorneys Larissa Nefulda, Stephen Turner by United States regular mail at the following address: Enhanced Recovery Company, ATTN Larissa Nefulda, 633 West 5th Street Suite 4000, Los Angeles, California 90071.

I certify this statement is true and correct to the best of my knowledge.

Date: March 18, 2019

By: _____
Rene Ortiz, Pro Se
PLAINTIFF