UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ORTIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENHANCED RECOVERY COMPANY,<br><br>　　　　Defendant. | No. 2:17-cv-0607 KJM DB PS<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On June 17, 2019, the undersigned took under submission several pending motions and vacated the hearing of those motions. (ECF No. 85.) On June 24, 2019, and June 26, 2019, plaintiff filed requests asking that those motions be placed back on for hearing. (ECF Nos. 88 & 89.)

At this time, the undersigned finds that no further briefing or hearing is necessary for resolving the motions and that they may be decided without hearing pursuant to Local Rule 230(g). If, after further evaluation, the undersigned finds that further briefing and/or a hearing would be helpful, the undersigned will order such.

////

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 24, 2019 request for a hearing (ECF No. 88) is denied; and

2. Plaintiff's June 26, 2019 request for a hearing (ECF No. 89) is denied.

DATED: June 28, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/ortiz0607.subm.ord