UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ORTIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENHANCED RECOVERY COMPANY,<br><br>　　　　　Defendant. | No. 2:17-cv-0607 KJM DB PS<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On December 17, 2019, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 17, 2019 (ECF No. 109) are adopted in full;

1

2. Defendants' April 23, 2019 motion for summary judgment (ECF No. 70) is granted;

3. Judgment is entered for defendant Enhanced Recovery Company, defendant Kirk Moquin, and defendant Marty Sarim;

4. All other defendants are dismissed without prejudice; and

5. This action is closed.

DATED: February 12, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE