# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**RENE ORTIZ,**

CASE NO: **2:17−CV−00607−KJM−DB**

v.

**ENHANCED RECOVERY COMPANY, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/13/2020**

**Keith Holland**
Clerk of Court

ENTERED:  **February 13, 2020**

by: /s/ A. Kastilahn
Deputy Clerk